**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Markus Corp** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4836461** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **22W140 Sunset Terrace** <br> **Medinah, IL 60157** <br> Number, Street, City, State & ZIP Code <br><br> **DuPage** <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **22W020 Army Trail Road Addison, IL 60101** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **N/A** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Markus Corp**
_____    Case number (*if known*) _____
Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|-----------------|------|-----------------|-------------|-----------------|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Markus Corp**
          Name                                          Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship | _____ |
| District _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☑ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Markus Corp**
Name                                                        Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Markus Corp**
       Name                                    Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  3, 2025**
              MM / DD / YYYY

**X** **/s/ Marek Kusmierczyk**                            **Marek Kusmierczyk**
Signature of authorized representative of debtor         Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Arthur Corbin**                 Date  **March  3, 2025**
Signature of attorney for debtor                       MM / DD / YYYY

**Arthur Corbin ARDC#6305658**
Printed name

**Corbin Law Firm, LLC**
Firm name

**636 S. River Road**
**Suite 201**
**Des Plaines, IL 60016**
Number, Street, City, State & ZIP Code

Contact phone   **773-570-0054**       Email address   **arthur@corbin-law.com**

**ARDC#6305658 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Markus Corp**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  3, 2025**       X */s/ Marek Kusmierczyk*
                                     Signature of individual signing on behalf of debtor

                                     **Marek Kusmierczyk**
                                     Printed name

                                     **President**
                                     Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Markus Corp** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adam Biernacki Transportation 5400 Mexico Rd. Saint Peters, MO 63376** | | **Sub-Hauler Wages** | | | | **$4,393.84** |
| **Clearfund Solutions 99 Wall Street, Suite 2613 New York, NY 10005** | | **Merchant Cash Advance with unperfected blanket security interest.** | | | | **$9,000.00** |
| **Concord Advantage, Inc. 252 New Haven Dr. Cary, IL 60013** | | **Loan. Likely merchant cash advance with unperfected security interest.** | | | | **$2,600.00** |
| **E2A Corp. c/o Andrzej Osica 521 73rd St. Downers Grove, IL 60516** | | **Sub-Hauler Wages** | | | | **$9,263.72** |
| **Guadalupe Hernandez 590 Healy Rd. East Dundee, IL 60118** | | **Loan** | | | | **$20,000.00** |
| **Mantis Funding, LLC 2700 N Military Trl., Suite 450 Boca Raton, FL 33431** | | **Loan. Likely merchant cash advance with unperfected security interest.** | | | | **$6,167.50** |
| **Mr. Truck Repair, Inc. 9819 Garden Ct. Schiller Park, IL 60176** | | **Truck Service** | | | | **$38,000.00** |

Debtor    **Markus Corp**
_____    Case number _(if known)_ _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **O & K Truck Repair 210 Christina Dr. Dundee, IL 60118** | | **Truck Service** | | | | **$2,500.00** |
| **Pedro Mora Aguilar 203 Ensenada Dr. Carpentersville, IL 60110** | | **Loan** | | | | **$25,000.00** |
| **Premium Merchant Funding 55 Water St., 50th Floor New York, NY 10041** | | **Merchant Cash Advance likely with unperfected security interest.** | | | | **$4,000.00** |
| **TimePayment Corp Successor to DFS Truck Sales, LLC 200 Summit Dr., Ste. 100 Burlington, MA 01803-5274** | | **2013 Volvo semi-truck VIN: 4V4NC9EH8DN150 175 ($15,000); 2013 Volvo semi-truck VIN: 4V4NC9EH4DN150 173 ($15,000).** | | **$32,054.06** | **$30,000.00** | **$2,054.06** |
| **Tony Sanchez 5305 W. 105th St. Oak Lawn, IL 60453** | | **Loan** | | | | **$25,000.00** |
| **U.S. Small Business Administration 2 North 20th Street, Suite 320 Birmingham, AL 35203** | | **Fifth Third Bank - Business Checking - Acct# 8023** | | **$426,224.08** | **$39.70** | **$426,184.38** |
| **Village Bank & Trust, N.A. 234 West Northwest Highway Arlington Heights, IL 60004** | | **2019 Volvo semi-truck VIN: 4V4NC9EH3KN214 183** | | **$259,000.00** | **$40,000.00** | **$219,000.00** |
| **Wells Fargo Bank, N.A. PO Box 5058 Portland, OR 97208-5058** | | **Business Checking Account Overdraft** | | | | **$656.53** |
| **Wieslaw Pryjda 2211 Teton Parkway Algonquin, IL 60102** | | **Notice Only. Illinois Workers' Compensation Act claim.** | **Disputed** | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor name       **Markus Corp**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................   $          0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................   $      70,432.55

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................   $      70,432.55

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     717,278.14

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $          0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     146,581.59

4.   Total liabilities ............................................................................................................
   Lines 2 + 3a + 3b                                                                          $     863,859.73

**Fill in this information to identify the case:**

Debtor name    **Markus Corp**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fifth Third Bank** | **Business Checking** | **8023** | **$39.70** |
| 3.2. | **Wells Fargo Bank, N.A. Checking account held by Debtor's sole shareholder and president, Marek Kusmierczyk, in his individual capacity. Used as a de facto business account. Proceeds in account consist of business revenue.** | **Checking** | **2207** | **$392.85** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$432.55** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

Debtor   **Markus Corp**                                      Case number *(If known)* _____
Name

- ■ No.  Go to Part 4.
- ☐ Yes Fill in the information below.

---

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No.  Go to Part 8.
- ☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2019 Volvo semi-truck**<br>**VIN: 4V4NC9EH3KN214183** | **$0.00** | **Comparable sale** | **$40,000.00** |
| 47.2.  **2013 Volvo semi-truck VIN:**<br>**4V4NC9EH8DN150175 ($15,000); 2013**<br>**Volvo semi-truck**<br>**VIN: 4V4NC9EH4DN150173 ($15,000).** | **$0.00** | **Comparable sale** | **$30,000.00** |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)** | | | |

Debtor    **Markus Corp**
Name

Case number *(If known)* _____

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $70,000.00 |
| --- |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Markus Corp**  _____    Case number *(If known)*  _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $432.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $70,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $70,432.55 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $70,432.55 |

**Fill in this information to identify the case:**

Debtor name **Markus Corp**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **TimePayment Corp** | Describe debtor's property that is subject to a lien | **$32,054.06** | **$30,000.00** |
|---|---|---|---|---|

Creditor's Name
**Successor to DFS Truck Sales, LLC
200 Summit Dr., Ste. 100
Burlington, MA 01803-5274**
Creditor's mailing address

**2013 Volvo semi-truck VIN: 4V4NC9EH8DN150175 ($15,000); 2013 Volvo semi-truck VIN: 4V4NC9EH4DN150173 ($15,000).**

**Describe the lien**
**PMSI; Unperfected blanket security interest on Debtor assets.**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2019**
**Last 4 digits of account number**
**0292**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $426,224.08 | $39.70 |
|---|---|---|---|---|

Creditor's Name
**2 North 20th Street, Suite 320
Birmingham, AL 35203**
Creditor's mailing address

**Fifth Third Bank - Business Checking - Acct# 8023**

**Describe the lien**
**Blanket lien on all Debtor assets. UCC No. 027970060**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021**

Debtor  **Markus Corp**
_____  Case number (*if known*) _____
Name

**Last 4 digits of account number**
**9101**
_____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Village Bank & Trust, N.A.** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $259,000.00 | $40,000.00 |
| | **234 West Northwest Highway** **Arlington Heights, IL 60004** | **2019 Volvo semi-truck** **VIN: 4V4NC9EH3KN214183** | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | **PMSI; Blanket lien on all Debtor assets. UCC No.029897875** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **08/2023** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **1301** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $717,278.14

---

| Part 2: | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Attorney General of the United States** **U.S. Department of Justice** **950 Pennsylvania Avenue, NW** **Washington, DC 20530-0001** | Line  **2.3** | |
| **Attorney General of the United States** **U.S. Department of Justice** **950 Pennsylvania Avenue, NW** **Washington, DC 20530-0001** | Line  **2.2** | |
| **DFS Truck Sales, LLC** **1601 Estes Ave., Unit B** **Elk Grove Village, IL 60007** | Line  **2.1** | |
| **Markoff Leinberger, LLC** **Attn: Atty. Jeffrey S. Burns** **200 S. Wacker Dr., FL 31** **Chicago, IL 60606** | Line  **2.3** | |

---

Debtor   **Markus Corp**
Name

Case number (*if known*)

| | |
|---|---|
| **TimePayment Corp.**<br>**PO Box 847237**<br>**Boston, MA 02284-7237** | Line __2.1__ |
| **U.S. Small Business Administration**<br>**2 North 20th Street, Suite 320**<br>**Birmingham, AL 35203** | Line __2.3__ |
| **U.S. Small Business Administration**<br>**Office of General Counsel**<br>**409 3rd St., SW**<br>**Washington, DC 20024** | Line __2.3__ |
| **U.S. Small Business Administration**<br>**Office of General Counsel**<br>**409 3rd St., SW**<br>**Washington, DC 20024** | Line __2.2__ |
| **United States Attorney**<br>**for U.S. Small Business Administration**<br>**219 S. Dearborn  St., 5th Floor**<br>**Chicago, IL 60604** | Line __2.3__ |
| **United States Attorney**<br>**for U.S. Small Business Administration**<br>**219 S. Dearborn  St., 5th Floor**<br>**Chicago, IL 60604** | Line __2.2__ |
| **Wintrust Bank**<br>**9700 W. Higgins**<br>**Des Plaines, IL 60018** | Line __2.3__ |

**Fill in this information to identify the case:**

Debtor name    **Markus Corp**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $0.00 |
|  | ACME Company<br>64 Beaver Street, Suite 344<br>New York, NY 10004 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
|  | Date(s) debt was incurred   **08/2021**<br>Last 4 digits of account number   **N/A** | Basis for the claim:   **Notice only. UCC Financing Statement #27608361. UCC-3 Termination Statement not filed.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| **3.2** | Nonpriority creditor's name and mailing address | $4,393.84 |
|---|---|---|
|  | Adam Biernacki Transportation<br>5400 Mexico Rd.<br>Saint Peters, MO 63376 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|  | Date(s) debt was incurred   **01/2024 - 03/2024**<br>Last 4 digits of account number   **N/A** | Basis for the claim:   **Sub-Hauler Wages**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| **3.3** | Nonpriority creditor's name and mailing address | $9,000.00 |
|---|---|---|
|  | Clearfund Solutions<br>99 Wall Street, Suite 2613<br>New York, NY 10005 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|  | Date(s) debt was incurred   **06/2022**<br>Last 4 digits of account number   **N/A** | Basis for the claim:   **Merchant Cash Advance with unperfected blanket security interest.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| **3.4** | Nonpriority creditor's name and mailing address | $2,600.00 |
|---|---|---|
|  | Concord Advantage, Inc.<br>252 New Haven Dr.<br>Cary, IL 60013 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|  | Date(s) debt was incurred   **2023**<br>Last 4 digits of account number   **N/A** | Basis for the claim:   **Loan. Likely merchant cash advance with unperfected security interest.**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Markus Corp** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** | **Nonpriority creditor's name and mailing address**

**Corporation Service Company, As Rep.**
PO Box 2576
Springfield, IL 62708

Date(s) debt was incurred  **01/2020**

Last 4 digits of account number  **N/A**

**As of the petition filing date, the claim is:** *Check all that apply.*                  **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Notice only. UCC Financing Statement #025171446.
UCC-3 Termination Statement not filed.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

**CT Corporation System, As Rep.**
330 N. Brand Blvd., Ste. 700
Glendale, CA 91203

Date(s) debt was incurred  **06/2022**

Last 4 digits of account number  **N/A**

**As of the petition filing date, the claim is:** *Check all that apply.*                  **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Notice only. UCC Financing Statement #028633653.
UCC-3 Termination Statement not filed.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**

**E2A Corp.**
c/o Andrzej Osica
521 73rd St.
Downers Grove, IL 60516

Date(s) debt was incurred  **04/2023 - 08/2023**

Last 4 digits of account number  **N/A**

**As of the petition filing date, the claim is:** *Check all that apply.*                  **$9,263.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Sub-Hauler Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

**Guadalupe Hernandez**
590 Healy Rd.
East Dundee, IL 60118

Date(s) debt was incurred  **11/2022**

Last 4 digits of account number  **N/A**

**As of the petition filing date, the claim is:** *Check all that apply.*                  **$20,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

**Mantis Funding, LLC**
2700 N Military Trl., Suite 450
Boca Raton, FL 33431

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **8365**

**As of the petition filing date, the claim is:** *Check all that apply.*                  **$6,167.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Loan. Likely merchant cash advance with
unperfected security interest.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

**Meged Funding Group Corp.**
12 Zeck Ct.
Suffern, NY 10901

Date(s) debt was incurred  **08/2021**

Last 4 digits of account number  **N/A**

**As of the petition filing date, the claim is:** *Check all that apply.*                  **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Notice only. Paid. UCC Financing Statement
#27604943. UCC-3 Termination Statement not filed.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

**Mr. Truck Repair, Inc.**
9819 Garden Ct.
Schiller Park, IL 60176

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **N/A**

**As of the petition filing date, the claim is:** *Check all that apply.*                  **$38,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Truck Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Markus Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.12**

Nonpriority creditor's name and mailing address
**O & K Truck Repair**
**210 Christina Dr.**
**Dundee, IL 60118**

Date(s) debt was incurred  **12/2023**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*          **$2,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Truck Service**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.13**

Nonpriority creditor's name and mailing address
**Pedro Mora Aguilar**
**203 Ensenada Dr.**
**Carpentersville, IL 60110**

Date(s) debt was incurred  **11/2022**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*          **$25,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.14**

Nonpriority creditor's name and mailing address
**Premium Merchant Funding**
**55 Water St., 50th Floor**
**New York, NY 10041**

Date(s) debt was incurred  **03/2024**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*          **$4,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchant Cash Advance likely with unperfected security interest.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.15**

Nonpriority creditor's name and mailing address
**Progressive Equity Partners LLC**
**55 Old Nyack Turnpike**
**Nanuet, NY 10954**

Date(s) debt was incurred  **06/2022**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice only. Paid. UCC Financing Statement #028640854. UCC-3 Termination Statement not filed.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.16**

Nonpriority creditor's name and mailing address
**Tony Sanchez**
**5305 W. 105th St.**
**Oak Lawn, IL 60453**

Date(s) debt was incurred  **11/2022**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*          **$25,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.17**

Nonpriority creditor's name and mailing address
**Wells Advance**
**3001 Pearl Harbor Dr.**
**Las Vegas, NV 89117**

Date(s) debt was incurred  **10/2021**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice only. Paid. UCC Financing Statement #027817904. UCC-3 Termination Statement not filed.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.18**

Nonpriority creditor's name and mailing address
**Wells Fargo Bank, N.A.**
**PO Box 5058**
**Portland, OR 97208-5058**

Date(s) debt was incurred  **06/2024**

Last 4 digits of account number  **3765**

As of the petition filing date, the claim is: *Check all that apply.*          **$656.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Checking Account Overdraft**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Markus Corp** | Case number *(if known)* | |
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Wieslaw Pryjda**
**2211 Teton Parkway**
**Algonquin, IL 60102**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  02/2024

Last 4 digits of account number  0741

**Basis for the claim:  Notice Only. Illinois Workers' Compensation Act claim.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bobber, Teich & Pippin**<br>**for Wieslaw Pryjda**<br>**120 N. LaSalle, Ste. 2810**<br>**Chicago, IL 60602** | Line  3.19<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Dedicated Financial GBC**<br>**f/k/a Dedicated Commercial Recovery Inc.**<br>**1970 Oakcrest Ave., Ste. 217**<br>**Saint Paul, MN 55113** | Line  3.9<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 146,581.59 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 146,581.59 |

| Fill in this information to identify the case: |
|---|

Debtor name     **Markus Corp**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Owner operator lease agreement. Debtor is lessor. Debtor leasing semi-trucks and providing drivers to lessee to engage in interstate commerce under the operating authority held by the lessee.** |
| State the term remaining | **Month-to-Month** |
| List the contract number of any government contract | **Exet LLC** **701 E. Irving Park Rd., Ste. 300** **Roselle, IL 60172** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment parking lease.** |
| State the term remaining | **Month-to-Month** |
| List the contract number of any government contract | **Freight Ninja, LLC** **2N225 Grace St.** **Lombard, IL 60148** |

**Fill in this information to identify the case:**

Debtor name __**Markus Corp**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Marek Kusmierczyk** | **22W140 Sunset Terrace Medinah, IL 60157** | **TimePayment Corp** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Marek Kusmierczyk** | **22W140 Sunset Terrace Medinah, IL 60157** | **Mantis Funding, LLC** | ☐ D ____<br>■ E/F __3.9__<br>☐ G ____ |
| 2.3 | **Marek Kusmierczyk** | **22W140 Sunset Terrace Medinah, IL 60157** | **Wells Fargo Bank, N.A.** | ☐ D ____<br>■ E/F __3.18__<br>☐ G ____ |
| 2.4 | **Marek Kusmierczyk** | **22W140 Sunset Terrace Medinah, IL 60157** | **Village Bank & Trust, N.A.** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Marek Kusmierczyk** | **22W140 Sunset Terrace Medinah, IL 60157** | **U.S. Small Business Administration** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Markus Corp** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Marek Kusmierczyk** | 22W140 Sunset Terrace Medinah, IL 60157 | **Clearfund Solutions** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.7 | **Marek Kusmierczyk** | 22W140 Sunset Terrace Medinah, IL 60157 | **Premium Merchant Funding** | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.8 | **Marek Kusmierczyk** | 22W140 Sunset Terrace Medinah, IL 60157 | **Pedro Mora Aguilar** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.9 | **Marek Kusmierczyk** | 22W140 Sunset Terrace Medinah, IL 60157 | **Tony Sanchez** | ☐ D _____ ■ E/F __3.16__ ☐ G _____ |
| 2.10 | **Marek Kusmierczyk** | 22W140 Sunset Terrace Medinah, IL 60157 | **Progressive Equity Partners LLC** | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.11 | **Marek Kusmierczyk** | 22W140 Sunset Terrace Medinah, IL 60157 | **CT Corporation System, As Rep.** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.12 | **Marek Kusmierczyk** | 22W140 Sunset Terrace Medinah, IL 60157 | **Wells Advance** | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.13 | **Marek Kusmierczyk** | 22W140 Sunset Terrace Medinah, IL 60157 | **ACME Company** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |

| Debtor | **Markus Corp** | Case number *(if known)* |
|---|---|---|

**■ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Marek Kusmierczyk** | **22W140 Sunset Terrace Medinah, IL 60157** | **Meged Funding Group Corp.** | ☐ D _____ <br> ■ E/F __3.10__ <br> ☐ G _____ |
| 2.15 | **Marek Kusmierczyk** | **22W140 Sunset Terrace Medinah, IL 60157** | **Corporation Service Company, As Rep.** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.16 | **Marek Kusmierczyk** | **22W140 Sunset Terrace Medinah, IL 60157** | **Guadalupe Hernandez** | ☐ D _____ <br> ■ E/F __3.8__ <br> ☐ G _____ |
| 2.17 | **Marek Kusmierczyk** | **22W140 Sunset Terrace Medinah, IL 60157** | **Concord Advantage, Inc.** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Markus Corp**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$53,975.90** |
   | **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$254,677.41** |
   | **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$595,469.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Markus Corp**                                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Concord Advantage, Inc.**<br>**252 New Haven Dr.**<br>**Cary, IL 60013**<br>**Personal guaranty by insider, Marek Kusmierczyk.** | **Multiple paymens over course of past 12 months. No set schedule.** | **$10,000.00** | **Loan repayment.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Village Bank & Trust, N.A. vs.**<br>**Markus Corp and Marek Kusmierczuk**<br>**2024L009157** | **Breach of Contract** | **The Circuit Court of Cook County**<br>**Daley Center**<br>**50 W. Washington**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

Debtor   **Markus Corp**                                    Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

---

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Semi-truck damaged in road incident (driver ran off the road hitting guardrails). No third-party drivers involved. Total truck damage: $3,830. Towing service: $3,682. Damage to property of the Indiana Department of Transportaion (INDOT) estimated at $18,000.** | **None. (Insurance covered only damage to INDOT property.)** | **1/13/2025** | **$3,830.00** |

---

**Part 6:**   **Certain Payments or Transfers**

---

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **11/1/2024: $1,500; 11/7/2024: $1,500; 11/15/2024: $1,000; 1/10/2025: $1,000 (total $5,000) Transfer of $2,000 to Kokoszka and Janczur, P.C. on 1/14/2025 by Corbin Law Firm, LLC.** | |
| | **Corbin Law Firm, LLC<br>636 S. River Road<br>Suite 201<br>Des Plaines, IL 60016** | **Retainer for legal services in the total amount of $5,000. $2,000 of which Corbin Law Firm, LLC transferred to Kokoszka & Janczur, P.C. which is being retained as co-counsel.** | | **$3,000.00** |

Email or website address
**arthur@corbin-law.com**

Who made the payment, if not debtor?

Debtor   **Markus Corp**                                           Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Kokoszka & Janczur, P.C. 19 South LaSalle Street Suite 1201 Chicago, IL 60603** | **Retainer for legal services. $2,000 of $5,000 retainer paid to Corbin Law Firm, LLC, transferred by Corbin Law Firm, LLC, to Kokoszka & Janczur, P.C. towards retainer as co-counsel.** | **1/14/2025** | **$2,000.00** |
| | Email or website address **k-jlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **132 W. Lake St. Unit 1 Bloomingdale, IL 60108** | **09/2024 to 01/2025 (virtual address)** |
| 14.2. | **PO Box 1221 Streamwood, IL 60107** | **11/2023 to 08/2024** |
| 14.3. | **105 Ridge Circle Streamwood, IL 60107** | **08/2015 to 10/2023** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Markus Corp**                                            Case number *(if known)*

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank, N.A. PO Box 5058 Portland, OR 97208-5058** | **XXXX-3765** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **06/2024. Negative balance of $656.53 at closing.** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor    **Markus Corp**                                              Case number *(if known)* _____

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

Debtor    **Markus Corp**                                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Raymond M. Wachnik, C.P.A.**<br>**319 W. Talcott Rd.**<br>**Park Ridge, IL 60068** | **2020 to current.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Raymund M. Wachnik, C.P.A.**<br>**319 W. Talcott Rd.**<br>**Park Ridge, IL 60068** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Village Bank & Trust, N.A.**<br>**234 West Northwest Highway**<br>**Arlington Heights, IL 60004** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marek Kusmierczyk** | **22W140 Sunset Terrace**<br>**Medinah, IL 60157** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Markus Corp**                                                                    Case number *(if known)* _____

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Marek Kusmierczyk** **22W140 Sunset Terrace** **Medinah, IL 60157** | **$72,000 (estimated)** | | **Salary** |
| **Relationship to debtor** **Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 3, 2025**

**/s/ Marek Kusmierczyk**                                    **Marek Kusmierczyk**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Markus Corp**

Debtor(s)

Case No.

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept                   $          **Frank Kokoszka, Kokoszka & Janczur, P.C., hourly at $450.00**

**Arthur Corbin, Corbin Law Firm, LLC, hourly at $250.00**

Prior to the filing of this statement I have received      $          **Frank Kokoszka: $2,000**

**Arthur Corbin: $3,000**

Balance Due                          $          **To be determined based upon hourly rate.**

2.  The source of the compensation paid to me was:

[✔] Debtor        [✔] Other (specify): **Funds were sent from the personal account of Debtor's president, Marek Kusmierczyk, who has been utilizing the personal account as a de facto business account for Debtor. Debtor paid $5,000 to Arthur Corbin whom subsequently transferred $2,000 to Frank Kokoszka, who is being retained as co-counsel (please see SOFA disclosures).**

3.  The source of compensation to be paid to me is:

[✔] Debtor        [ ] Other (specify):

4.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

[ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  [Other provisions as needed]
**Please see the attached representation agreement.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Please see the attached representation agreement.**

| CERTIFICATION |
| --- |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

_Date_

**Arthur Corbin ARDC#6305658**
_Signature of Attorney_
**Corbin Law Firm, LLC
636 S. River Road
Suite 201
Des Plaines, IL 60016
773-570-0054  Fax: 773-570-5449
arthur@corbin-law.com**
_Name of law firm_

# RETENTION AGREEMENT BETWEEN ATTORNEY AND CLIENT
## FOR CHAPTER 11 REPRESENTATION

**A.** **This Retention Agreement ("Agreement") is made between the following Parties:**

**Attorney:** Arthur Corbin, Corbin Law Firm, LLC, 636 S. River Road, Suite 201, Des Plaines, IL 60016; and

**Attorney:** Frank Kokoszka, Kokoszka & Janczur, P.C., 19 South LaSalle Street, Suite 1201, Chicago, IL 60603, (collectively "Attorney" or "Attorneys");

**and**

**Client:** Markus Corp. ("Client")

**B.** **Attorney's Expertise**

Attorney is experienced in representing clients in bankruptcy matters.

**C.** **Client's Needs**

Markus Corp. requires legal services related to its financial affairs, which may include filing a bankruptcy petition.

**D.** **Mutual Agreement**

Client wishes to hire Attorney to assist with bankruptcy matters, including possibly filing a Chapter 11 petition*. Attorney agrees to this arrangement, and both Parties want a written agreement to define their relationship and terms.

*\*Depending on future circumstances, Client may choose to proceed under Chapter 7 instead.*

**E.** **Agreement Terms:**

**1.** **Appointment**

Client appoints Attorney as its legal counsel and hires Attorney under the terms of this Agreement.

**2.** **Engagement**

Attorney accepts this Agreement and agrees to represent Client under these terms.

**3.** **Services Provided**

Attorney will provide professional services and advice on matters arising under or related to the U.S. Bankruptcy Code, as requested by Client or as Attorney reasonably deems necessary, during the term of this Agreement.

### 4. Duration of Agreement

This Agreement begins upon signing and continues until the case is resolved or until one of the Parties ends it as outlined below.

### 5. Advance Payment

a. **Payment Requirement**: Attorney will not be obligated to provide services until Client pays an advance payment retainer in the amount of **$5,000.00** (initial retainer) for attorney fees.

b. **Advance Payment Retainer**: This payment becomes the property of Attorney when received and is deposited into Attorney's general account. Attorney will deduct fees and expenses from this retainer as services are performed. Periodic bills will show the amounts used. Any remaining balance at the end of the case or earlier termination of this Agreement will be refunded to Client.

c. **Reason for Advance Payment**: Because Client is involved in a pending lawsuit, an advance payment retainer ensures funds are available for Attorney's services and are not subject to claims by others.

d. **Security Retainer Option**: Client may choose not to pay an advance payment retainer and instead opt for a security retainer, which remains Client's property in a trust account. However, if Client chooses this option, Attorney may decline to represent Client, ending this Agreement immediately with no further obligations for either Party.

### 6. Court Filing Fees

The court filing fee of **$1,738.00** is separate from the attorney fees above and **must be paid prior to the filing** of the Chapter 11 petition.

### 7. Client's Responsibilities

a. **Provide Information**: Client must regularly and promptly provide all relevant information and documents requested by Attorney.

b. **Update Attorney**: Client must inform Attorney of any new information that might affect previous details given.

c. **Availability**: Client must be available for any depositions or examinations if requested.

d. **Assist in Settlements**: Client should help in any settlement negotiations.

e. **Truthfulness**: All information provided must be true, accurate, complete, and not misleading.

f. **Stay Informed**: Client should stay updated on the case's progress, promptly review materials from Attorney, and inform Attorney of any errors or concerns within a reasonable time.

g. **Cooperation**: Client must fully and promptly cooperate with Attorney to allow proper performance under this Agreement.

8. **Payment and Billing**

   a. **Fee Rate for Atty. Arthur Corbin**: Arthur Corbin's fee rate is $250.00 per hour for pre-filing bankruptcy services and for post-filing bankruptcy services.

   b. **Fee Rate for Atty. Frank Kokoszka:** Frank Kokoszka's fee rate is $450.00 per hour for pre-filing bankruptcy services and for post-filing bankruptcy services.

   c. **Expenses**: Client will reimburse Attorney for all reasonable and necessary costs and expenses.

   d. **Billing**: Attorney will send bills monthly or more frequently, showing fees and expenses. Charges will be deducted from the retainer, and any remaining balance must be paid by Client within 30 days.

   e. **Interest on Late Payments**: Unpaid amounts after 30 days will incur simple interest at 18% per year.

   f. **Suspension of Work**: If payment is not made on time, Attorney may suspend work without notice until payment arrangements are made.

9. **Ending the Agreement**

   Either Party can end this Agreement before the case is over by notifying the other. If Client doesn't cooperate or doesn't pay on time, Attorney can stop work until payment is made or, after notifying Client, end this Agreement and withdraw from the case. In that event, all fees become immediately due.

10. **Notices**

    a. **Methods**: Notices can be written or oral. If written, they should be sent to the address provided or another address given by the Party.

    b. **Delivery**: Notices can be given in person, by first-class mail, fax, or email.

    c. **Effectiveness**: Notices in person, by fax, or email are effective immediately. Notices by mail are effective three days after sending.

11. **Default**

    If Client doesn't pay any amount owed and Attorney has to take action to enforce this Agreement, Attorney is entitled to recover all costs and expenses incurred, including reasonable attorney fees.

**12. Return of Documents**

When this Agreement ends, Attorney will return all records, notes, data, and memos related to the case, except that Attorney may keep copies.

**13. Attorney's Disclaimer**

Attorney makes no promises regarding the results to be achieved in the case.

**14. Ownership of Materials**

All materials created by Attorney under this Agreement are the property of Attorney. If Client fulfills all obligations on time, Client can request and receive one copy of these materials and has the non-exclusive right to use them.

**15. General Terms**

a. **Entire Agreement**: This Agreement contains the entire understanding between the Parties. There are no other agreements affecting this Agreement or relating to Attorney's services. This Agreement supersedes all previous agreements between Attorney and Client.

b. **Amendments**: Any changes to this Agreement must be mutually agreed upon by the Parties and made in writing, signed by both Parties, or agreed upon orally if both Parties act on the changes.

c. **Time Importance**: Time is of the essence for both Parties to perform their obligations under this Agreement.

d. **Non-Waiver**: If either Party doesn't enforce any part of this Agreement at any time, it doesn't mean they give up the right to enforce it later.

e. **Governing Law**: This Agreement is executed pursuant to and will be interpreted and governed by the laws of the State of Illinois.

f. **Legal Actions**: Any legal action related to this Agreement must be brought only in the Circuit Court of Cook County, Illinois, and both Parties waive any objection to jurisdiction or venue in such court.

g. **Severability**: If any part of this Agreement is found to be illegal, void, invalid, or unenforceable, that part will be deemed severed, but the rest of the Agreement remains valid. If limiting that part makes it valid and enforceable, then it will be enforced as limited.

h. **Counterparts and Copies**: This Agreement may be executed in counterparts, and all parts together constitute one agreement effective as of the date first written below. An executed faxed or emailed copy of this Agreement will be considered an original by all Parties.

**Agreement Execution**

By signing below the Parties agree to this Agreement.

**Signatures:**

_____    3/3/2021    _____    03/03/2025
Atty. Arthur Corbin         Date        Atty. Frank Kokoszka        Date

_____    03/03/2025
Markus Corp.                Date
by Marek Kusmierczyk,
President

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Markus Corp**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Marek Kusmierczyk**<br>**22W140 Sunset Terrace**<br>**Medinah, IL 60157** | **7007** | **100%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March  3, 2025** _____

Signature  **/s/ Marek Kusmierczyk** _____

**Marek Kusmierczyk**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Markus Corp**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:        **34**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March 3, 2025**

**/s/ Marek Kusmierczyk**
**Marek Kusmierczyk/President**
Signer/Title

ACME Company
64 Beaver Street, Suite 344
New York, NY 10004


Adam Biernacki Transportation
5400 Mexico Rd.
Saint Peters, MO 63376


Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Bobber, Teich & Pippin
for Wieslaw Pryjda
120 N. LaSalle, Ste. 2810
Chicago, IL 60602


Clearfund Solutions
99 Wall Street, Suite 2613
New York, NY 10005


Concord Advantage, Inc.
252 New Haven Dr.
Cary, IL 60013


Corporation Service Company, As Rep.
PO Box 2576
Springfield, IL 62708


CT Corporation System, As Rep.
330 N. Brand Blvd., Ste. 700
Glendale, CA 91203


Dedicated Financial GBC
f/k/a Dedicated Commercial Recovery Inc.
1970 Oakcrest Ave., Ste. 217
Saint Paul, MN 55113


DFS Truck Sales, LLC
1601 Estes Ave., Unit B
Elk Grove Village, IL 60007

E2A Corp.
c/o Andrzej Osica
521 73rd St.
Downers Grove, IL 60516


Exet LLC
701 E. Irving Park Rd., Ste. 300
Roselle, IL 60172


Freight Ninja, LLC
2N225 Grace St.
Lombard, IL 60148


Guadalupe Hernandez
590 Healy Rd.
East Dundee, IL 60118


Mantis Funding, LLC
2700 N Military Trl., Suite 450
Boca Raton, FL 33431


Marek Kusmierczyk
22W140 Sunset Terrace
Medinah, IL 60157


Markoff Leinberger, LLC
Attn: Atty. Jeffrey S. Burns
200 S. Wacker Dr., FL 31
Chicago, IL 60606


Meged Funding Group Corp.
12 Zeck Ct.
Suffern, NY 10901


Mr. Truck Repair, Inc.
9819 Garden Ct.
Schiller Park, IL 60176


O & K Truck Repair
210 Christina Dr.
Dundee, IL 60118


Pedro Mora Aguilar
203 Ensenada Dr.
Carpentersville, IL 60110

Premium Merchant Funding
55 Water St., 50th Floor
New York, NY 10041


Progressive Equity Partners LLC
55 Old Nyack Turnpike
Nanuet, NY 10954


TimePayment Corp
Successor to DFS Truck Sales, LLC
200 Summit Dr., Ste. 100
Burlington, MA 01803-5274


TimePayment Corp.
PO Box 847237
Boston, MA 02284-7237


Tony Sanchez
5305 W. 105th St.
Oak Lawn, IL 60453


U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203


U.S. Small Business Administration
Office of General Counsel
409 3rd St., SW
Washington, DC 20024


United States Attorney
for U.S. Small Business Administration
219 S. Dearborn St., 5th Floor
Chicago, IL 60604


Village Bank & Trust, N.A.
234 West Northwest Highway
Arlington Heights, IL 60004


Wells Advance
3001 Pearl Harbor Dr.
Las Vegas, NV 89117

Wells Fargo Bank, N.A.
PO Box 5058
Portland, OR 97208-5058


Wieslaw Pryjda
2211 Teton Parkway
Algonquin, IL 60102


Wintrust Bank
9700 W. Higgins
Des Plaines, IL 60018

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Markus Corp**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Markus Corp**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  3, 2025**

Date

**/s/ Arthur Corbin**

**Arthur Corbin ARDC#6305658**

Signature of Attorney or Litigant

Counsel for   **Markus Corp**

**Corbin Law Firm, LLC**
**636 S. River Road**
**Suite 201**
**Des Plaines, IL 60016**
**773-570-0054 Fax:773-570-5449**
**arthur@corbin-law.com**