**4:29 PM**
**06/24/25**
**Cash Basis**

**MARKUS CORP**

**Cash Flow**

**July 1 - 31, 2025 Budget**

|  | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Gross Trucking Income** | 28,900.00 |
| **Total Income** | 28,900.00 |
| **Cost of Goods Sold** | |
| **Fuel for Hired Vehicles** | 7,100.00 |
| **Total COGS** | 7,100.00 |
| **Gross Profit** | 21,800.00 |
| **Expense** | |
| **Bank Service Charges** | 0.00 |
| **Freight Recovery** | 0.00 |
| **Insurance Expense** | 2,500.00 |
| **Logbook Fee** | 125.00 |
| **Office Supplies** | 25.00 |
| **Parking** | 1,375.00 |
| **Subchapter V Trustee Fees** | 1,000.00 |
| **Adequate Protection (Village Bank & Trust)** | 1,200.00 |
| **Adequate Protection (Timepayment Corp)** | 700.00 |
| **Repairs and Maintenance** | 1,900.00 |
| **Subhaulers** | 8,400.00 |
| **On the RoadSupplies** | 150.00 |
| **Tolls** | 750.00 |
| **Trailer Rental** | 1,200.00 |
| **Total Expense** | 19,325.00 |
| **Net Ordinary Income** | 2,475.00 |
| **Net Income - Before Owners Draw** | **2,475.00** |
| **Owner's Salary for Driving Truck and Operating Business** | **(3,000.00)** |
| **Net Cash Basis Income for Month** | **(525.00)** |
| **Estimated July 1, 2025 Cash in Bank** | **2,262.50** |
| **Estimated July 31, 2025 Cash in Bank** | **1,737.50** |

These financial statements represent a budget for July 2025 prepared based upon managements best estimates. These financial statements have not been subjected to an audit or review or compilation engagement, and no assurance is provided on them. Substantially all disclosures required by the cash basis of accounting have been omitted.