UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25bk03310 |
| Markus Corp, | ) ) ) | Chapter 11 |
| Debtor. | ) ) ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO ARTHUR CORBIN, ATTORNEYS FOR DEBTOR, FOR ALLOWANCE
AND PAYMENT OF <u>INTERIM</u> COMPENSATION AND REIMBURSEMENT OF
EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 11,575.00 | TOTAL COSTS REQUESTED: | $ 249.76 |
| TOTAL FEES REDUCED: | $ 250.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 11,325.00 | TOTAL COSTS ALLOWED: | $ 249.76 |

TOTAL FEES AND COSTS ALLOWED: $11,574.76

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     <u>Lumping – TOTAL of disallowed amounts (10% of affected entries): $250.00</u>

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: April 28, 2026

_____
Judge Timothy A. Barnes
United States Bankruptcy Court

**EXHIBIT**

**A**

**Attorney Fees and Expenses of Arthur Corbin**

In re Markus Corp. Case No. 25-03310

| DATE | DESCRIPTION | ATTORNEY | TIME | AMOUNT |
|---|---|---|---|---|
| (a) Initial Case Review, Case Preparation, and General Matters Concerning Operation of Debtor In Possession | | | | |
| 1/13/2025 | Organization and review of creditor related documents for case (UCC filings, lease agreements, loan agreements) and assets and equipment. | AC | 1.50 | $375.00 |
| 1/13/2025 | First draft of voluntary petition and schedules for client review. | AC | 3.00 | $750.00 |
| 1/17/2025 | Case Preparation Interview with Marek Kusmierczyk (Debtor's principal). | AC | 1.20 | $300.00 |
| 3/3/2025 | Revisions of voluntary petition and schedules and statement of financial affairs; ready for client review. | AC | 1.20 | $300.00 |
| 3/3/2025 | Client meeting: Review and final revisions and signing of voluntary petition and schedules and statements. | AC | 0.80 | $200.00 |
| 3/4/2025 | Organize voluntary petition and signature pages for filing and file Subchapter V voluntary petition with court. | AC | 0.50 | $125.00 |
| 3/13/2025 | Prepare and submit financial documents in compliance with sec. 1116 and executed receipt and verification to United States Trustee. | AC | 0.50 | $125.00 |
| 3/17/2025 | Prepare and submit documents to Andrew Hunt, UST (receipt and verification, COI, insurance policy and statement). | AC | 0.30 | $75.00 |
| 3/17/2025 | Prepare client's principal for IDI. | AC | 0.50 | $125.00 |
| 3/17/2025 | Appear at IDI. Co-counsel Frank Kokoszka present; no charge for Arthur Corbin time. | AC | 0.00 | $0.00 |
| 3/31/2025 | Prepare client's principal for 341 meeting. | AC | 0.50 | $125.00 |
| 3/31/2025 | Appear at the 341 meeting. Co-counsel Frank Kokoszka present; no charge for Arthur Corbin time. | AC | 0.00 | $0.00 |
| 4/1/2025 | Prepare and submit documents to United States Trustee per request at 341 meeting. | AC | 0.30 | $75.00 |
| 11/7/2025 | Prepare Amended Schedules E/F and send the client's principal for review and signature. | AC | 0.50 | $125.00 |
| 11/7/2025 | Prepare Supplemental Notice of Chapter 11 Bankruptcy Case and Certificate of Service. | AC | 0.30 | $75.00 |
| 11/7/2025 | File Amended Schedules E/F and Declaration, and Supplemental Notice of Chapter 11 Case and Cert. of Service with court | AC | 0.10 | $25.00 |
| 3/20/2026 | Meeting with client's principal to review of confirmed plan disbursement amounts and schedule. | AC | 0.80 | $200.00 |
| | | TOTAL: | 12.00 | $3,000.00 |

| DATE | DESCRIPTION | ATTORNEY | TIME | AMOUNT |
|---|---|---|---|---|
| (b) Motions Filed in the Case Including Cash Collateral Hearings | | | | |
| 3/4/2025 | Prepare and file notice of motion and motion to use cash collateral and austerity budget and proposed order through March 31, 2025. | AC | 1.50 | $375.00 |
| 3/4/2025 | File amended service list (service list filed with motion was cut off in assembly for filing). | AC | 0.00 | $0.00 |
| 3/6/2025 | Prepare and file supplemental notice of motion to use cash collateral to Subchapter V Trustee (post-appointment). | AC | 0.20 | $50.00 |
| 3/11/2025 | Court appearance before Judge Barnes; present motion for interim use of cash collateral. Co-counsel Frank Kokoszka present; no charge for Arthur Corbin time. | AC | 0.00 | $0.00 |
| 3/11/2025 | Prepared and filed revised proposed order and austerity budget in support of interim use of cash collateral. | AC | 0.00 | $0.00 |
| 3/12/2025 | Court appearance before Judge Barnes; present motion for interim use of cash collateral. Co-counsel Frank Kokoszka present; no charge for Arthur Corbin time. | AC | 0.00 | $0.00 |
| 3/19/2025 | Prepare and file notice of motion and motion to maintain existing bank account. | AC | 0.80 | $200.00 |
| 3/26/2025 | Prepare and file proposed second interim order for use of cash collateral, blacklined version, and review and file proposed budget and circulate to parties. | AC | 0.70 | $175.00 |

**Attorney Fees and Expenses of Arthur Corbin**

In re Markus Corp. Case No. 25-03310

| DATE | DESCRIPTION | ATTORNEY | TIME | AMOUNT |
|------|-------------|----------|------|--------|
| | **(c) Review and Filing Monthly Operating Reports** | | | |
| 4/28/2025 | Phone meeting with client's CPA Ray Wachnik to explain monthly reporting requirements. | AC | 0.70 | $175.00 |
| 4/29/2025 | Phone meeting with client's CPA Ray Wachnik to review first draft of initial monthly operating report and discuss revisions. | AC | 0.70 | $175.00 |
| 5/9/2025 | Review of final draft of March monthly operating report. | AC | 0.50 | $125.00 |
| 5/13/2025 | Review March report with client's principal, assemble MOR for filing and file with court. | AC | 0.50 | $125.00 |
| 5/22/2025 | Review April MOR and request CPA to make revisions. | AC | 0.30 | $75.00 |
| 5/22/2025 | Review April MOR, prepare for filing, and file with court. | AC | 0.20 | $50.00 |
| 6/24/2025 | Review May MOR, prepare for filing, and file with court. | AC | 0.30 | $75.00 |
| 7/23/2025 | Review June MOR, prepare for filing, and file with the court. | AC | 0.30 | $75.00 |
| 8/26/2025 | Review July MOR, prepare for filing, and file with the court. | AC | 0.30 | $75.00 |
| 10/6/2025 | Review August MOR, prepare for filing, and file with court. | AC | 0.30 | $75.00 |
| 10/23/2025 | Review September MOR, prepare for filing, and file with court. | AC | 0.30 | $75.00 |
| 11/24/2025 | Review October MOR, prepare for filing, and file with court. | AC | 0.30 | $75.00 |
| 12/29/2025 | Review November MOR received from client's CPA. | AC | 0.20 | $50.00 |
| 12/29/2025 | Telephone conversations regarding Nov. MOR with client's principal and CPA and requests for supporting expense documentation. | AC | 0.40 | $100.00 |
| 12/29/2025 | Reviewed supporting Nov. MOR documentation; organized and assembled pdf document; filed with court. | AC | 0.70 | $175.00 |
| | | TOTAL: | 6.00 | $1,500.00 |

| DATE | DESCRIPTION | ATTORNEY | TIME | AMOUNT |
|------|-------------|----------|------|--------|
| | **(d) Preparation of Plan, Confirmation Issues, and Post-Confirmation Matters** | | | |
| 2/28/2025 | Initial budget and plan projections based on information from CPA. | AC | 1.80 | $450.00 |
| 5/29/2025 | Prepare projections of income and expenses and disbursement schedule for Subchapter V Plan of Reorganization. | AC | 1.20 | $300.00 |
| 5/29/2025 | Prepare first draft of Subchapter V Plan of Reorganization. | AC | 2.30 | $575.00 |
| 5/29/2025 | Review subchapter V plan projections and disbursement schedule with client's principal. | AC | 0.10 | $25.00 |
| 5/30/2025 | Review subchapter V plan projections and disbursement schedule with client's CPA. | AC | 0.20 | $50.00 |
| 5/30/2025 | Final review of Subchapter V Plan of Reorganization; and assembly of Subchapter V Plan and exhibits. | AC | 0.40 | $100.00 |
| 5/30/2025 | File Subchapter V Plan with court. | AC | 0.10 | $25.00 |
| 8/18/2025 | Phone meeting w/ Subchapter V Trustee regarding plan amendments. Co-counsel Frank Kokoszka present; no charge for Arthur Corbin time. | AC | 0.00 | $0.00 |
| 10/24/2025 | Phone meeting with client's principal and CPA regarding feasibility of plan. | AC | 0.70 | $175.00 |
| 10/25/2025 | Review income and expense projections from CPA and prepare feasibility projections for Subchapter V Trustee. | AC | 1.00 | $250.00 |
| 10/27/2025 | Draft email to Subchapter V Trustee to address feasibility concerns. | AC | 0.30 | $75.00 |
| 10/28/2025 | Review filed proofs of claims and prepare amended Subchapter V Plan of Reorganization. | AC | 1.50 | $375.00 |
| 10/28/2025 | Prepare Proposed Order Fixing Dates In Connection With Confirmation of Debtor's Subchapter V Plan of Reorganization. | AC | 0.30 | $75.00 |
| 10/29/2025 | File Amended Subchapter V Plan of Reorganization and Exhibits; and file Proposed Order Fixing Dates In Connection With Confirmation of Debtor's Subchapter V Plan of Reorganization. | AC | 0.20 | $50.00 |
| 11/7/2025 | Prepare Ballot Package including Certificate of Service, Creditor Information Sheet, Notice of Hearing on Confirmation, and Ballot. | AC | 1.00 | $250.00 |
| 11/7/2025 | Assemble and file Ballot Package and Certificate of Service with court. | AC | 0.20 | $50.00 |
| 12/29/2025 | Prepared and filed Ballot Report with court. | AC | 0.70 | $175.00 |